IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
3. $22,612.00 IN UNITED STATES CURRENCY,
4. 2 GENTLEMEN'S ROLEX WATCHES,
5. 2 ASSORTED GENTLEMEN'S WATCHES,
6. $2,112.00 IN UNITED STATES CURRENCY,
7. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
8. $6,600.00 IN UNITED STATES CURRENCY,
9. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

      Defendants.

## ORDER RESTRICTING THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

THIS MATTER comes before the Court on the *United States' Motion for Leave to Restrict the Verified Complaint for Forfeiture In Rem* and the Court being fully apprised, ORDERS that the Motion is GRANTED and that the Verified Complaint and related Motion for Leave to Restrict, as well as any order revealing the contents of that Complaint is restricted, under Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents, until further order of the Court.

SO ORDERED this 4th day of June 2018.

BY THE COURT:

_____
U.S. District Court Judge/
Magistrate Judge

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO