IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
3. $22,612.00 IN UNITED STATES CURRENCY,
4. 2 GENTLEMEN'S ROLEX WATCHES,
5. 2 ASSORTED GENTLEMEN'S WATCHES,
6. $2,112.00 IN UNITED STATES CURRENCY,
7. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
8. $6,600.00 IN UNITED STATES CURRENCY,
9. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.
_____

## WARRANT FOR ARREST OF PROPERTY *IN REM*
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

   a. $99,431.00 in United States Currency
   b. 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654
   c. $22,612.00 in United States Currency
   d. 2 Gentlemen's Rolex Watches

1

e. 2 Assorted Gentlemen's Watches
f. $2,112.00 in United States Currency
g. 1991 Acura NSX, VIN: JH4NA115XMT002876
h. $6,600.00 in United States Currency
i. 2008 Ford F-350 XLT, VIN: 1FTWF31R08EE45280

DATED this __4th__ day of ___June___, 2018.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: __s/ J. Garcia-Gonzalez__
Deputy Clerk