IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

        Defendants.

## NOTICE OF FILING AMENDED COMPLAINT

COMES NOW the United States of America (the "United States"), by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya S. Andrews, hereby states the following:

1. On June 1, 2018, the United States filed, under restriction, a *Verified Complaint for Forfeiture In Rem* against numerous assets. (Doc. 1).

1

2.       Since filing, the United States has been referred several claims filed with the Drug Enforcement Administration, by third parties contesting the forfeiture of additional assets that had been seized in relation to this case.  Accordingly, pursuant to Federal Rule of Civil Procedure 15(a)(1), the United States has amended the *Verified Complaint for Forfeiture In Rem* to include these defendant assets, such that all of the claimants' claims may be handled in one case.

3.       Because the United States' original verified complaint was filed under restriction, notice has not yet been sent to potential claimant's; Therefore, the United States has not conferred with any claimants' counsel regarding the filing of the *Amended Verified Complaint for Forfeiture In Rem,* which will also be filed under restriction.

DATED this 21st day of June 2018.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

By:     s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*