IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Amended Verified*

1

*Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

    a. $99,431.00 in United States Currency
    b. 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street
    c. 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654
    d. $22,612.00 in United States Currency
    e. 2 Gentlemen's Rolex Watches seized from 1983 E. 144th Way
    f. 5.72615664 Bitcoins
    g. 3.19247061 Bitcoin Cash
    h. 305.99986 Litecoins
    i. 19.999685 Ethereum
    j. $78.94 in United States Currency
    k. 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street
    l. $2,112.00 in United States Currency
    m. 1991 Acura NSX, VIN: JH4NA115XMT002876
    n. $6,600.00 in United States Currency
    o. 2008 Ford F-350 XLT, VIN: 1FTWF31R08EE45280

DATED this ___ day of _____, 2018.

                JEFFREY P. COLWELL
                Clerk of the U.S. District Court

                By: _____
                     Deputy Clerk