**FILED UNDER RESTRICTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants.

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT
THE AMENED VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

COMES NOW Plaintiff United States of America (the "United States"), by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya S. Andrews, and respectfully moves the Court for an order restricting the

*Amended Verified Complaint for Forfeiture In Rem* and the related Motion for Leave to Restrict, at a Level 2 restriction, limiting access to the employees of the United States Attorney's Office and law enforcement agents. In support of this Motion, the United States submits the following:

1. Said *Amended Verified Complaint for Forfeiture In Rem* has been filed as a part of a continuing investigation.

2. The release of the information in the Amended Complaint in this matter may substantially jeopardize the ongoing investigation, as well as related investigations, based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.

3. At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

WHEREFORE, the United States respectfully requests that the *Amended Verified Complaint for Forfeiture In Rem* and related Motion for Leave to Restrict be restricted at Level 2, until further order of the Court.

DATED this 21st day of June 2018.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

    By: *s/Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Ste. 1600

Denver, CO 80202  
303-454-0100  
Email: tonya.andrews@usdoj.gov  
*Attorney for the United States*