IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

        Defendants.

___

**ORDER RESTRICTING THE AMENDED VERIFIED COMPLAINT
FOR FORFEITURE *IN REM***
___

THIS MATTER comes before the Court on the *United States' Motion for Leave to Restrict the Amended Verified Complaint for Forfeiture In Rem* and the Court being fully apprised, ORDERS that the Motion is GRANTED and that the Amended Verified

Complaint and related Motion for Leave to Restrict, as well as any order revealing the contents of that Complaint is restricted, under Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents, until further order of the Court.

SO ORDERED this \_\_\_\_ day of June 2018.

BY THE COURT:

_____
U.S. District Court Judge/
Magistrate Judge