IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***

THIS MATTER comes before the Court on the United States' *Amended Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant assets, that there is probable cause

1

to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the following defendant assets should enter:

      a. $99,431.00 in United States Currency
      b. 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street
      c. 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654
      d. $22,612.00 in United States Currency
      e. 2 Gentlemen's Rolex Watches seized from 1983 E. 144th Way
      f. 5.72615664 Bitcoins
      g. 3.19247061 Bitcoin Cash
      h. 305.99986 Litecoins
      i. 19.999685 Ethereum
      j. $78.94 in United States Currency
      k. 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street
      l. $2,112.00 in United States Currency
      m. 1991 Acura NSX, VIN: JH4NA115XMT002876
      n. $6,600.00 in United States Currency
      o. 2008 Ford F-350 XLT, VIN: 1FTWF31R08EE45280

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant assets must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court  
901 19th Street  
Denver, Colorado 80294

Tonya S. Andrews  
Assistant United States Attorney  
United States Attorney's Office  
1801 California St., Suite 1600  
Denver, Colorado 80202

SO ORDERED this 22nd day of June, 2018.

BY THE COURT:

_____  
United States District Court  
Judge/Magistrate Judge