IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    $99,431.00 IN UNITED STATES CURRENCY,
2.    2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
3.    $22,612.00 IN UNITED STATES CURRENCY,
4.    2 GENTLEMEN'S ROLEX WATCHES,
5.    2 ASSORTED GENTLEMEN'S WATCHES,
6.    $2,112.00 IN UNITED STATES CURRENCY,
7.    1991 ACURA NSX, VIN: JH4NA115XMT002876,
8.    $6,600.00 IN UNITED STATES CURRENCY,
9.    2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants

---

### UNITED STATES' MOTION FOR LEAVE TO RESTRICT THE SEPTEMBER 25, 2018 STATUS REPORT (Doc. 15)

---

COMES NOW the United States of America (the "United States"), by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya S. Andrews, respectfully moves for an order restricting the *September 25, 2018 Status Report* at Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents. In support of this Motion, the United States states:

    1.    Said *Status Report* has been filed as a part of a continuing investigation.

    2.    The release of the information in the Status Report in this matter may substantially jeopardize the ongoing investigation, as well as related investigations,

1

based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.

3. At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

WHEREFORE, the United States respectfully requests that the *September 25, 2018 Status Report* be restricted at Level 2, until further order of the Court.

DATED this 25th day of September 2018.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*