IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,431.00 IN UNITED STATE CURRENCY,
2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
$22,612.00 IN UNITED STATES CURRENCY,
$2,112.00 IN UNITED STATES CURRENCY,
1991 ACURA NSX, VIN: JH4NA115XMT002876,
$6,600.00 IN UNITED STATES CURRENCY,
2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,
2 GENTLEMEN'S ROLEX WATCHES, and
2 ASSORTED GENTLEMEN'S WATCHES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte.  Plaintiff filed a Status Report in this matter on September 25, 2018, under a Level 2 restriction.  Since that time, there has been no further activity in this case.  Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff shall file a Status Report **no later than May 23, 2019**.  In addition to describing the current status of the case, the Status Report shall address whether administrative closure pursuant to D.C.COLO.LCivR 41.2 is appropriate at this time.  The Status Report may be filed at Level 2 restriction and kept thereunder with no further order of the Court.

    Dated:  May 1, 2019