IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,431.00 IN UNITED STATE CURRENCY,
2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
$22,612.00 IN UNITED STATES CURRENCY,
$2,112.00 IN UNITED STATES CURRENCY,
1991 ACURA NSX, VIN: JH4NA115XMT002876,
$6,600.00 IN UNITED STATES CURRENCY,
2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,
2 GENTLEMEN'S ROLEX WATCHES, and
2 ASSORTED GENTLEMEN'S WATCHES,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Restrict the May 21, 2019 Status Report (Doc. 19)** [#20] (the "Motion"). Because the Court already directed the Status Report to be filed at a Level 2 restriction and to be kept thereunder with no further order from the Court, *see Minute Order* [#18],

    IT IS HEREBY **ORDERED** that the Motion [#20] is **DENIED as moot**.

    Dated: May 22, 2019