IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $99,431.00 IN UNITED STATES CURRENCY,
2.     2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
3.     $22,612.00 IN UNITED STATES CURRENCY,
4.     2 GENTLEMEN'S ROLEX WATCHES,
5.     2 ASSORTED GENTLEMEN'S WATCHES,
6.     $2,112.00 IN UNITED STATES CURRENCY,
7.     1991 ACURA NSX, VIN: JH4NA115XMT002876,
8.     $6,600.00 IN UNITED STATES CURRENCY,
9.     2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

        Defendants
_____

## ORDER RESTRICTING THE SEPTEMBER 26, 2019 STATUS REPORT
_____

THIS MATTER comes before the Court on the *United States' Motion for Leave to Restrict the September 26, 2019 Status Report*, and the Court being fully apprised, ORDERS that the Motion is GRANTED and that the Status Report, as well as any order revealing the contents of that status report is restricted, under Level 2, limiting access to the employees and agents of the United States Attorney's Office, until further order of the Court.

SO ORDERED this ____ day of _____, 2019.

                                        BY THE COURT:

_____
Kristen L. Mix
U.S. Magistrate Judge