IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,431.00 IN UNITED STATE CURRENCY,
2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
$22,612.00 IN UNITED STATES CURRENCY,
$2,112.00 IN UNITED STATES CURRENCY,
1991 ACURA NSX, VIN: JH4NA115XMT002876,
$6,600.00 IN UNITED STATES CURRENCY,
2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,
2 GENTLEMEN'S ROLEX WATCHES, and
2 ASSORTED GENTLEMEN'S WATCHES,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Restrict the September 26, 2019 Status Report (Doc. 23) [#24]** (the "Motion"). Because the Court already directed the Status Report to be filed at a Level 2 restriction and to be kept thereunder with no further order from the Court, *see Minute Order* [#22],

    IT IS HEREBY **ORDERED** that the Motion [#24] is **DENIED as moot**.[1]

    IT IS FURTHER **ORDERED** that Plaintiff shall file an additional Status Report no later than **January 26, 2020**, describing the status of the case. The Status Report may be filed at **Level 2 restriction** and shall be kept thereunder with no further order of the Court.

    Dated:  September 30, 2019

---

[1] The Court notes that this is now the second time in the case when it has ordered Plaintiff to file a Status Report at a Level 2 restriction and noted that the document would be kept at that restriction with no further order of the Court. *See Minute Orders* [#18, #22]. When the Court directs Plaintiff to file a document at a particular restriction level, no further motion seeking the document's restriction is necessary. Such unnecessary motions practice is inefficient for both the Court and for Plaintiff.