IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
11. $2,112.00 IN UNITED STATES CURRENCY,
12. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
13. $6,600.00 IN UNITED STATES CURRENCY,
14. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

        Defendants.

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT
THE JANUARY 24, 2020 STATUS REPORT (Doc. 26)**

        COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, respectfully moves for an order restricting the *January 24, 2020 Status*

1

*Report* at Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents.  In support of this Motion, the United States states:

1. Said *Status Report* has been filed as a part of a continuing investigation.

2. The release of the information in the Status Report in this matter may substantially jeopardize the ongoing investigation, as well as related investigations, based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.

3. At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

WHEREFORE, the United States respectfully requests that the *January 24, 2020 Status Report* be restricted at Level 2, until further order of the Court.

DATED this 24th day of January 2020.

                    Respectfully submitted,

                    JASON R. DUNN
                    United States Attorney

By:  s/ *Tonya S. Andrews*
      Tonya S. Andrews
      Assistant U.S. Attorney
      United States Attorney's Office
      1801 California St., Ste 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: tonya.andrews@usdoj.gov
      *Attorney for the United States*