IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.   $99,431.00 IN UNITED STATES CURRENCY,
2.   2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3.   2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4.   $22,612.00 IN UNITED STATES CURRENCY,
5.   2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6.   5.72615664 BITCOINS,
7.   3.19247061 BITCOIN CASH,
8.   305.99986 LITECOINS,
9.   19.999685 ETHEREUM,
10.  2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
11.  $2,112.00 IN UNITED STATES CURRENCY,
12.  1991 ACURA NSX, VIN: JH4NA115XMT002876,
13.  $6,600.00 IN UNITED STATES CURRENCY,
14.  2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.

_____

**ORDER RESTRICTING THE JANUARY 24, 2020 STATUS REPORT**
_____

THIS MATTER comes before the Court on the *United States' Motion for Leave to Restrict the January 24, 2020 Status Report*, and the Court being fully apprised, ORDERS that the Motion is GRANTED and that the Status Report, as well as any order revealing the contents of that status report is restricted, under Level 2, limiting access to

the employees and agents of the United States Attorney's Office, until further order of the Court.

SO ORDERED this _____ day of _____, 2020.

BY THE COURT:

_____
Kristen L. Mix
U.S. Magistrate Judge