IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
11. $2,112.00 IN UNITED STATES CURRENCY,
12. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
13. $6,600.00 IN UNITED STATES CURRENCY,
14. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.

_____

### UNITED STATES' MOTION TO UNRESTRICT DOCUMENTS
_____

COMES NOW Plaintiff United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and respectfully moves this Court to enter an Order unrestricting the *Amended Verified Complaint for Forfeiture In Rem,* and related Motion to Restrict.

1

1. On June 21, 2018, the Government requested a "Level 2" restriction which would make the Amended Verified Complaint, and any order regarding the contents of the Amended Complaint, "Viewable by Filer & Court." (Doc. 10).

2. On June 22, 2018, the Court granted the Government's motion to restrict the Amended Complaint. (Doc. 11).

3. At this time, the United States believes there is no longer a risk to the investigation, to related investigations, or of destruction of evidence or tampering of witnesses.

WHEREFORE, the United States respectfully requests that the *Amended Verified Complaint for Forfeiture in Rem*, and related Motion to Restrict, be unrestricted.

DATED this 29th day of May, 2020.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*