IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
11. $2,112.00 IN UNITED STATES CURRENCY,
12. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
13. $6,600.00 IN UNITED STATES CURRENCY,
14. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants.
_____

**ORDER TO UNRESTRICT**
_____

Upon motion by the United States, and for good cause shown, it is hereby ORDERED THAT:

The *Amended Verified Complaint for Forfeiture in Rem* (Doc. 9), and Motion to Restrict (Doc. 10), in the above-captioned matter are unrestricted.

SO ORDERED this _____ day of _____, 2020.

BY THE COURT:

_____
KRISTEN L. MIX
United States Magistrate Judge