IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,431.00 IN UNITED STATE CURRENCY,
2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
$22,612.00 IN UNITED STATES CURRENCY,
$2,112.00 IN UNITED STATES CURRENCY,
1991 ACURA NSX, VIN: JH4NA115XMT002876,
$6,600.00 IN UNITED STATES CURRENCY,
2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,
2 GENTLEMEN'S ROLEX WATCHES, and
2 ASSORTED GENTLEMEN'S WATCHES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Unrestrict Documents** [#30] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The Clerk of Court shall remove all restriction from the Amended Verified Complaint for Forfeiture *in Rem* [#9] and from the Motion for Leave to Restrict Amended Verified Complaint for Forfeiture *in Rem* [#10].[1]

    Dated: June 4, 2020

---

[1] The Court notes that Plaintiff has not requested that the attachments to these documents be unrestricted. *See* [#9-1, #9-2, #10-1]. Accordingly, the Clerk of Court shall leave the current restriction on these three documents. To the extent Plaintiff wants these documents unrestricted as well, it shall file an additional motion so specifying.