IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
11. $2,112.00 IN UNITED STATES CURRENCY,
12. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
13. $6,600.00 IN UNITED STATES CURRENCY,
14. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.

## NOTICE OF AMENDED COMPLAINT FOR FORFEITURE

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Amended Verified Complaint for Forfeiture In Rem*, seeking forfeiture of the above defendant assets. (Doc. 1).

If you wish to contest the forfeiture and assert an interest in the defendant assets, you must file a Claim with the Court by **July 16, 2020**. Pursuant to Rule G(5) of

1

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

>(1) identify the specific property claimed;
>
>(2) identify the claimant and state the claimant's interest in the property; and
>
>(3) be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the asset in this case by sending documentation to the Drug Enforcement Administration, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must file an Answer to the Amended Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States Magistrate Judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than (1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 4th day of June 2020.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:  *s/ Tonya S. Andrews*
        Tonya S. Andrews
        Assistant United States Attorney
        United States Attorney's Office
        1801 California St., Ste 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: tonya.andrews@usdoj.gov
        *Attorney for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June 2020, true copies of the *Notice of Amended Complaint for Forfeiture*, *Amended Verified Complaint for Forfeiture In Rem*, and *Magistrate Judge Consent Form* with Instructions were mailed via regular and Certified Mail to:

Son Thanh Nguyen
13171 Pennsylvania Street
Thornton, CO 80241
**Cert No. 7013 2250 0002 0020 9340**

Son Thanh Nguyen
GrowMasterz
1171 S. Federal Blvd.
Denver, CO 80219
**Cert No. 7013 2250 0002 0020 9357**

Martin Dang
1983 E. 144th Way
Thornton, CO 80602
**Cert No. 7013 2250 0002 0020 9364**

Martin Dang
GrowMasterz
1171 S. Federal Blvd.
Denver, CO 80219
**Cert No. 7013 2250 0002 0020 9371**

Thanh V. Nguyen
2346 S. Genoa Street
Aurora, CO 80013
**Cert No. 7013 2250 0002 0020 9388**

Jonathan Minh Dang
3352 S. Irving Street
Englewood, CO 80110
**Cert No. 7013 2250 0002 0020 9395**

Vuong Thanh Ngo
539 Gray Court
Lakewood, CO 80226
**Cert No. 7013 2250 0002 0020 9401**

Lynn Fam
13171 Pennsylvania Street
Thornton, CO 80241
**Cert No. 7013 2250 0002 0020 9418**

Holli Nguyen
1983 E. 144th Way
Thornton, CO 80602
**Cert No. 7013 2250 0002 0020 9425**

Lisa Pham
1983 E. 144th Way
Thornton, CO 80602
**Cert No. 7013 2250 0002 0020 9432**

Vanessa Nguyen
3352 S. Irving Street
Englewood, CO 80110
**Cert No. 7013 2250 0002 0020 9449**

Vanessa Nguyen
11449 W. Aqueduct Drive
Littleton, CO 80127
**Cert No. 7013 2250 0002 0020 9456**

Nhat Anh Chu Ngo
539 Gray Court
Lakewood, CO 80226
**Cert No. 7013 2250 0002 0020 9463**

Duc Anh Ngo
539 Gray Court
Lakewood, CO 80226
**Cert No. 7013 2250 0002 0020 9470**

Kim Pham
1983 E. 144th Way
Thornton, CO 80602
**Cert No. 7013 2250 0002 0020 9487**

Jeralyn E. Merritt, Esq.
600 17th Street, Suite 2800-S
Denver, CO 80202
**Cert No. 7013 2250 0002 0020 9494**

Joseph Saint-Veltri, Esq.
709 Clarkson Street
Denver, CO 80218
**Cert No. 7013 2250 0002 0020 9500**

                                                    s/ *Jasmine Zachariah*
                                                    FSA Data Analyst
                                                    U.S. Attorney's Office

6