IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $99,431.00 IN UNITED STATES CURRENCY,
2.     2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3.     **2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,**
4.     **$22,612.00 IN UNITED STATES CURRENCY**,
5.     **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO**,
6.     5.72615664 BITCOINS,
7.     3.19247061 BITCOIN CASH,
8.     305.99986 LITECOINS,
9.     19.999685 ETHEREUM,
10.     $78.94 IN UNITED STATES CURRENCY,
11.     2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12.     $2,112.00 IN UNITED STATES CURRENCY,
13.     1991 ACURA NSX, VIN: JH4NA115XMT002876,
14.     $6,600.00 IN UNITED STATES CURRENCY,
15.     2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

        Defendants.

**Claimants Martin Dang and Lisa Pham**

---

### NOTICE OF ENTRY OF APPEARANCE

---

        Jeralyn E. Merritt, duly licensed to practice law in the State and District of Colorado, hereby enters her appearance as counsel of record on behalf of Claimants Martin Dang and Lisa Pham in the within action.

1

Dated July 15, 2020.

`                                    Respectfully Submitted,

s/ Jeralyn E. Merritt

_____
JERALYN E. MERRITT, Esq.
600 17th Street, Suite 2800-S
Denver, Colorado 80202
(303) 837-1837 (Phone)
(720) 904-9197 (Fax)
Jeralynm@gmail.com (email)
Attorney for Claimants Martin Dang and Lisa Pham

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 15, 2020, I electronically filed the foregoing **NOTICE OF Entry of Appearance** with the Clerk of the U.S. District Court using the ECF system which will send notification of such filing to:

**AUSA Tonya Andrews, tonya.andrews@usdoj.gov**

And any other counsel of record.

s/ Jeralyn E. Merritt

_____
JERALYN E. MERRITT

.

2