IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. **2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,**
4. **$22,612.00 IN UNITED STATES CURRENCY**,
5. **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO**,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

        Defendants.

**(Claimants Martin Dang and Lisa Pham)**

---

### NOTICE OF VERIFIED CLAIM

---

        **COME NOW** claimants Martin Dang and Lisa Pham, husband and wife, by and through counsel, Jeralyn E. Merritt, and hereby submit the following **Notice of Verified Claim** to the defendant properties as identified below:

1

    3.    **2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,**
    4.    **$22,612.00 IN UNITED STATES CURRENCY**,
    5.    **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO**

**In support thereof**, Martin Dang and Lisa Pham state and affirm under penalty of perjury as follows:

1. Martin Dang and Lisa Pham have been husband and wife for more than two decades. On January 18, 2018, their personal residence located in Thornton, Colorado, in which they resided with their two children, was the subject of a federal search warrant, executed by federal and state law enforcement officers.

2. Among the items seized during the search were Defendant properties No. 3, 4 and 5 as described in the Amended Complaint for Forfeiture and more fully described below.

**Defendant Property #3: 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654**

3. Martin Dang is the legal owner and title holder of Defendant property #3, the **2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654**. The vehicle was seized from his residence in Thornton, CO on January 18, 2018, during the execution of a search warrant on the property.

4. Martin Dang purchased the vehicle in November 2017, intending to gift it to his daughter Holli, a college student residing at home with her parents. From November 2017 until its seizure on January 18, 2018, Holli was the primary driver of the vehicle which she used to commute to and from her college classes.

5. Indeed, both Martin Dang and Holli Nguyen filed Notices of Verified Claims with respect to this Jeep vehicle in the Administrative Forfeiture proceeding which preceded the filing of this action.

6. However, as the Government obtained court orders to maintain the forfeiture complaint in this case under restriction for more than two years, Holli Nguyen obtained alternate means of transportation and no longer maintains an interest in the Jeep vehicle. Martin Dang is thus the sole owner of the vehicle, as is reflected on both the Bill of Sale and the Title to the vehicle, which have previously been provided to counsel for the Government.

7. At the time of seizure in January 2018, the 2012 Jeep was under the lawful dominion and control of Martin Dang at the Dang family residence described above.

8. Martin Dang thus claims a lawful ownership and possessory interest in the defendant 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654.

**Defendant Property #4: $22,612.00 IN UNITED STATES CURRENCY**

9. Martin Dang and Lisa Pham assert a lawful ownership and possessory interest in the $22,612,00 in U.S. currency seized from their family residence during the execution of a search warrant on January 18, 2018..

10. The currency was lawfully acquired over a long period of time and was under the lawful possession, dominion, and control of Martin Dang and Lisa Pham at the time of seizure.

**Defendant Properties # 5: 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO**

11.     Claimants Martin Dang and Lisa Pham assert a lawful ownership and possessory interest in Defendant properties #5, **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,** consisting of, a Rolex Datejust, model 116234, serial no. 6P73Y199, and a Rolex Datejust II, model 116334, serial no. D972P470, .

12.     Martin Dang and Lisa Pham state they are the lawful purchasers and owners of the two Rolex watches. The watches were purchased as gifts to each other at Hyde Park Jewelers in November 2015. Purchase receipts have previously been provided to the Government.

13.  The two watches were under their lawful dominion and control on January 18, 2018 when they were seized from their residence by law enforcement officers executing a search warrant at their home.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I , Martin Dang, attest and declare under penalty of perjury that the statements and contents of the above Claim are true and correct to the best of my knowledge and belief.

Dated: July 15, 2020

s/ Martin Dang
_____
MARTIN DANG

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746 I, Lisa Pham, attest and declare under penalty of perjury that the statements and contents of the above Claim are true and correct to the best of my knowledge and belief.

4

Dated: July 15, 2020

s/Lisa Pham
_____
Lisa Pham

**Address of Claimants**:

c/o Jeralyn E. Merritt
Attorney At Law
600 17th Street, Suite 2800-S
Denver, Colorado 80202
Tel:  (303) 837-1837
Fax: (720) 904-9197
Email: jeralynm@gmail.com

Respectfully submitted,

s/ Jeralyn E. Merritt

_____
JERALYN E. MERRITT
600 17th Street, Suite 2800-S
Denver, Colorado 80202
(303) 837-1837 (Tel.)
(720) 904-9197 (Fax)
Email: Jeralynm@gmail.com
Attorney for Martin Dang and Lisa Pham

## CERTIFICATE OF SERVICE

**I HEREBY CER**TIFY that on July 16,  2020, I electronically filed the above

**Notice of Verified Claim** with the Clerk of the U.S. District Court using the ECF system

which will send notification of such filing to:

**AUSA Tonya Andrews, tonya.andrews@usdoj.gov**

and the email addresses of any other counsel of record.

5

**I FURTHER CERTIFY** the within Notice of Verified Claim has been signed by Claimants Martin Dang and Lisa Pham ; the ink-signed version exists, and that the document will be available in my law office for inspection.

s/ Jeralyn E. Merritt
Jeralyn E. Merritt
Counsel for Martin Dang and Lisa Pham
