IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$99,431.00 IN UNITED STATE CURRENCY,
2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
$22,612.00 IN UNITED STATES CURRENCY,
$2,112.00 IN UNITED STATES CURRENCY,
1991 ACURA NSX, VIN: JH4NA115XMT002876,
$6,600.00 IN UNITED STATES CURRENCY,
2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,
2 GENTLEMEN'S ROLEX WATCHES, and
2 ASSORTED GENTLEMEN'S WATCHES,

     Defendants.

LISA PHAM, and
MARTIN DANG,

     Claimants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Claimants' **Notice of Verified Claim** [#34] (the "Motion").  The deadline for filing claims in this matter was July 16, 2020.  *See Notice of Amended Complaint for Forfeiture* [#32].

     IT IS HEREBY **ORDERED** that a Status Conference is **SET** for **October 1, 2020**, at **9:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall be prepared to discuss the status of the case including any hearings, deadlines, and discovery parameters which should be set.

     IT IS FURTHER **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#3] is **September 17, 2020**.

     Dated:  August 5, 2020