IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     $99,431.00 IN UNITED STATES CURRENCY,
2.     2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3.     2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4.     $22,612.00 IN UNITED STATES CURRENCY,
5.     2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6.     5.72615664 BITCOINS,
7.     3.19247061 BITCOIN CASH,
8.     305.99986 LITECOINS,
9.     19.999685 ETHEREUM,
10.    2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
11.    $2,112.00 IN UNITED STATES CURRENCY,
12.    1991 ACURA NSX, VIN: JH4NA115XMT002876,
13.    $6,600.00 IN UNITED STATES CURRENCY,
14.    2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.

**SECOND NOTICE OF AMENDED COMPLAINT FOR FORFEITURE**

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Amended Verified Complaint for Forfeiture In Rem*, seeking forfeiture of the above defendant assets. (Doc. 9).

If you wish to contest the forfeiture and assert an interest in the defendant assets, you must file a Claim with the Court by **October 2, 2020**. Pursuant to Rule G(5)

of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

      (1)     identify the specific property claimed;

      (2)     identify the claimant and state the claimant's interest in the property; and

      (3)     be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the asset in this case by sending documentation to the Drug Enforcement Administration, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must file an Answer to the Amended Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States Magistrate Judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than (1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Tonya S. Andrews<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Ste 1600<br>Denver, Colorado 80202 |

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 13th day of August 2020.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:  *s/ Tonya S. Andrews*
        Tonya S. Andrews
        Assistant United States Attorney
        United States Attorney's Office
        1801 California St., Ste 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: tonya.andrews@usdoj.gov
        *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2020, true copies of the *Notice of Amended Complaint for Forfeiture*, *Amended Verified Complaint for Forfeiture In Rem*, and *Magistrate Judge Consent Form* with Instructions were mailed via regular and Certified Mail to:

Son Thanh Nguyen
4221 E. 144th Avenue
Brighton, CO 80602-7860
**Cert No. 7014 1200 0001 1412 3623**

Lynn Fam
4221 E. 144th Avenue
Brighton, CO 80602-7860
**Cert No. 7014 1200 0001 1412 3630**

Kalvin Nguyen
13171 Pennsylvania Street
Thornton, CO 80241
**Cert No. 7014 1200 0001 1412 3647**

Emmalyn Nguyen
13171 Pennsylvania Street
Thornton, CO 80241
**Cert No. 7014 1200 0001 1412 3654**

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office