Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## COURT CASE NUMBER: 18-CV-01344-KLM; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

$99,431.00 U.S. Currency (18-DEA-637934) which was seized from Son Thanh Nguyen and Lynn Fam on January 18, 2018 at 13171 Pennsylvania Street, located in Thornton, CO

$22,612.00 U.S. Currency (18-DEA-637939) which was seized from Martin Dang and Kim Pham AKA Kim Phan and Holli Nguyen on January 18, 2018 at 1983 East 144th Way, located in Thornton, CO

$2,112.00 U.S. Currency (18-DEA-637941) which was seized from Johnathan Minh Dang AKA Jonathan Hieu Minh Dang and... on January 18, 2018 at 3352 South Irving Street, located in Englewood, CO

$6,600.00 U.S. Currency (18-DEA-638209) which was seized from Vuong Thanh Ngo and Nhat Anh Chu Ngo and Duc Anh Ngo on January 25, 2018 at 539 Gray Court, located in Lakewood, CO

1991 Acura NSX Coupe VIN# JH4NA115XMT002876 (18-DEA-638380) which was seized from Johnathan Minh Dang AKA Jonathan Hieu Minh Dang and ... on January 18, 2018 at Located in the Garage at 3352 South Irving Street, located in Englewood, CO

2012 Jeep Wrangler Rubicon VIN# 1C4BJWFG9CL142654 (18-DEA-638431) which was seized from Martin Dang on January 18, 2018 at Driveway of 1983 East 144th Way, located in Thornton, CO

2008 Ford F350 XLT Diesel VIN# 1FTWF31R08EE45280 (18-DEA-638495) which was seized from Vuong Thanh Ngo and Nhat Anh Chu Ngo on January 25, 2018 at Rear Driveway of 539 Gray Court, located in Lakewood, CO

(2) Assorted Gentlemen's Rolex Watches, VL: $13,500.00 Ser No: See Items List (18-DEA-638753), including the following items: 1 Gentlemen's Rolex Datejust Model 1601 Watch, Ser No: 3204628; 1 Gentlemen's Rolex Datejust II Model 126331 Watch, Ser No: 631DJ831 which was seized from Son Thanh Nguyen and Lynn Fam on January 18, 2018 at 13171 Pennsylvania Street, located in Thornton, CO

(2) Gentlemen's Rolex Watches, VL: $13,500.00 Ser No: See Items List (18-DEA-638756), including the following items: 1 Gentlemen's Rolex Datejust Watch, Ser No: 6P73Y199; 1 Gentlemen's Rolex Datejust II Watch, Ser No:

    D972P470 which was seized from Martin Dang and Kim Pham AKA Kim Phan and Holli Nguyen on January 18, 2018 at 1983 East 144th Way, located in Thornton, CO

    (2) Assorted Gentlemen's Watches, VL: $13,000.00 Ser No: See Items List (18-DEA-638846), including the following items: 1 Gentlemen's Rolex "Datejust II" Watch, Ser No: 8F9871T4; 1 Gentlemen's Breitling "Super Avenger Aeromarine" Sport Watch, Ser No: 2662839 which was seized from Thanh V. Nguyen on January 18, 2018 at 2346 South Genoa Street, located in Aurora, CO

    Ethereum - 20, Approx. VL: $12,468.60 Acct# Pending (18-DEA-642183) which was seized from Son Thanh Nguyen on June 04, 2018 at Pending, located in San Francisco, CA

    Bitcoin - 5.72678717, Approx. VL: $44,404.48 Acct# Pending (18-DEA-642184) which was seized from Son Thanh Nguyen on June 04, 2018 at Pending, located in San Francisco, CA

    Bitcoin Cash - 4.89999774, Approx. VL: $5,911.99 Acct# Pending (18-DEA-642185) which was seized from Son Thanh Nguyen on June 04, 2018 at Pending, located in San Francisco, CA

    LiteCoin - 348.58116793, Approx. VL: $44,036.26 Acct# Pending (18-DEA-642186) which was seized from Son Thanh Nguyen on June 04, 2018 at Pending, located in San Francisco, CA

    $78.93 U.S. Currency (18-DEA-642187) which was seized from Son Thanh Nguyen on June 21, 2018 at Coinbase, 1 Front Street, #2800, located in San Francisco, CA

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (June 06, 2020) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 901 19th Street, Denver, CO  80294, and copies of each served upon Assistant United States Attorney Tonya Andrews, 1801 California St., Ste. 1600, Denver, CO  80202, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are

found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Tonya Andrews, 1801 California St., Ste. 1600, Denver, CO  80202.  This website provides answers to frequently asked questions (FAQs) about filing a petition.  You may file both a verified claim with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 6, 2020 and July 05, 2020. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $99,431.00 in US Currency et al.

**Court Case No:**     18-CV-01344-KLM
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/06/2020 | 24.0 | Verified |
| 2 | 06/07/2020 | 24.0 | Verified |
| 3 | 06/08/2020 | 24.0 | Verified |
| 4 | 06/09/2020 | 24.0 | Verified |
| 5 | 06/10/2020 | 24.0 | Verified |
| 6 | 06/11/2020 | 24.0 | Verified |
| 7 | 06/12/2020 | 24.0 | Verified |
| 8 | 06/13/2020 | 24.0 | Verified |
| 9 | 06/14/2020 | 24.0 | Verified |
| 10 | 06/15/2020 | 24.0 | Verified |
| 11 | 06/16/2020 | 24.0 | Verified |
| 12 | 06/17/2020 | 24.0 | Verified |
| 13 | 06/18/2020 | 24.0 | Verified |
| 14 | 06/19/2020 | 24.0 | Verified |
| 15 | 06/20/2020 | 24.0 | Verified |
| 16 | 06/21/2020 | 24.0 | Verified |
| 17 | 06/22/2020 | 24.0 | Verified |
| 18 | 06/23/2020 | 24.0 | Verified |
| 19 | 06/24/2020 | 24.0 | Verified |
| 20 | 06/25/2020 | 24.0 | Verified |
| 21 | 06/26/2020 | 24.0 | Verified |
| 22 | 06/27/2020 | 24.0 | Verified |
| 23 | 06/28/2020 | 24.0 | Verified |
| 24 | 06/29/2020 | 24.0 | Verified |
| 25 | 06/30/2020 | 24.0 | Verified |
| 26 | 07/01/2020 | 24.0 | Verified |
| 27 | 07/02/2020 | 24.0 | Verified |
| 28 | 07/03/2020 | 24.0 | Verified |
| 29 | 07/04/2020 | 24.0 | Verified |
| 30 | 07/05/2020 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.