IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. **2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654**,
4. **$22,612.00 IN UNITED STATES CURRENCY**,
5. **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO**,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.
_____

**UNITED STATES' UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE FOR CERTAIN DEFENDANT ASSETS**
_____

       COME NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and pursuant to 21 U.S.C. § 881, moves for a Final Order of Forfeiture forfeiting certain defendant assets in favor of the United States. In support of this Motion, the United States states:

1

1.    On June 21, 2018, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed an *Amended Verified Complaint for Forfeiture In Rem* ("Amended Verified Complaint") seeking forfeiture of the defendant assets, including defendant 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654 ("defendant 2012 Jeep Wrangler"), defendant $22,612.00 in United States currency ("defendant $22,612.00 in U.S. currency"), and defendant 2 Gentlemen's Rolex Watches seized from 1983 E. 144th Way, Thornton, Colorado ("defendant 2 Rolex watches seized from 1983 E. 144th Way").  All of the sworn statements set forth in the Amended Verified Complaint establish by a preponderance of the evidence sufficient probable cause for a judgment of forfeiture.  (Doc. 9).

2.    On June 4, 2020, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States sent a *Notice of Amended Complaint for Forfeiture* to all known interested parties.  (Doc. 32).

3.    On July 16, 2020, claimants Martin Dang and Lisa Pham filed a verified claim, whereby claimant Martin Dang asserted his interest in defendant 2012 Jeep Wrangler, defendant $22,612.00 in U.S. currency, and defendant 2 Rolex watches seized from 1983 E. 144th Way, and claimant Lisa Pham asserted her interest in defendant $22,612.00 in U.S. currency and defendant 2 Rolex watches seized from 1983 E. 144th Way.  (Doc. 34).

4.    On August 5, 2020, the United States and claimants Martin Dang and Lisa Pham entered into a Settlement Agreement resolving claimants' interest and all issues

in dispute as to defendant 2012 Jeep Wrangler, defendant $22,612.00 in U.S. currency, and defendant 2 Rolex watches seized from 1983 E. 144th Way.

5. Per the Settlement Agreement, the United States agreed to return to claimants, $3,612.00 of defendant $22,612.00 in U. S. currency and defendant 2 Rolex watches seized from 1983 E. 144th Way. Claimants Martin Dang and Lisa Pham agreed to withdraw their respective claims to defendant 2012 Jeep Wrangler and $19,000.00 of defendant $22,612.00 in U.S. currency.

6. Furthermore, claimant Martin Dang agreed to the entry of a final order of forfeiture, forfeiting all right, title and interest in defendant 2012 Jeep Wrangler, and claimants Martin Dang and Lisa Pham agreed to the entry of a final order of forfeiture, forfeiting all right, title and interest in $19,000.00 of defendant $22,612.00 in U.S. currency.

7. On August 26, 2020, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 6, 2020. (Doc. 37).

8. To date, no other claim, answer, or other responsive pleading has been filed as to defendant 2012 Jeep Wrangler, defendant $22,612.00 in U.S. currency, and defendant 2 Rolex watches seized from 1983 E. 144th Way, and the time for which to do so has expired.

9. Upon entry of the Final Order of Forfeiture, all issues regarding defendant 2012 Jeep Wrangler, defendant $22,612.00 in U.S. currency, and defendant 2 Rolex watches seized from 1983 E. 144th Way will be resolved.

WHEREFORE, the United States moves this Court for entry of a Final Order of Forfeiture, in accordance with the terms and provisions of the Settlement Agreement between the parties, for the following defendant assets:

    a. 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654, and

    b. $19,000.00 of $22,612.00 in U.S. currency

The United States further respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Final Judgment as to the above-mentioned assets for the reasons set forth above.

DATED this 27th day of August, 2020.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By: *s/ Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California St., Ste 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

                                              s/ *Jasmine Zachariah*
                                              FSA Data Analyst
                                              U.S. Attorney's Office