IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,431.00 IN UNITED STATE CURRENCY,
2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
$22,612.00 IN UNITED STATES CURRENCY,
$2,112.00 IN UNITED STATES CURRENCY,
1991 ACURA NSX, VIN: JH4NA115XMT002876,
$6,600.00 IN UNITED STATES CURRENCY,
2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,
2 GENTLEMEN'S ROLEX WATCHES, and
2 ASSORTED GENTLEMEN'S WATCHES,

    Defendants.

LISA PHAM, and
MARTIN DANG,

    Claimants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Second Notice of Amended Complaint for Forfeiture** [#36] (the "Notice"). Because the Notice [#36] extends the deadline for filing claims in this matter to October 2, 2020,

    IT IS HEREBY **ORDERED** sua sponte that the Status Conference set for October 1, 2020, at 9:30 a.m. is **VACATED** and **RESET** to **November 23, 2020**, at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall be prepared to discuss the status of the case including any hearings, deadlines, and discovery parameters which should be set.

    IT IS FURTHER **ORDERED** sua sponte that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#3] is extended to **October 16, 2020**.

    Dated: August 27, 2020