IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $99,431.00 IN UNITED STATES CURRENCY,
2.     2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3.     **2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654**,
4.     **$22,612.00 IN UNITED STATES CURRENCY**,
5.     **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO**,
6.     5.72615664 BITCOINS,
7.     3.19247061 BITCOIN CASH,
8.     305.99986 LITECOINS,
9.     19.999685 ETHEREUM,
10.     $78.94 IN UNITED STATES CURRENCY,
11.     2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12.     $2,112.00 IN UNITED STATES CURRENCY,
13.     1991 ACURA NSX, VIN: JH4NA115XMT002876,
14.     $6,600.00 IN UNITED STATES CURRENCY,
15.     2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants.

_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the *United States' Unopposed Motion for Final Order of Forfeiture for Certain Defendant Assets*, the Court having reviewed said Motion FINDS that:

1.     The United States commenced this civil forfeiture action pursuant to 21 U.S.C. § 881. (Doc. 9);

1

2. The facts and verifications as set forth in the *Amended Verified Complaint for Forfeiture in Rem* provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the following defendant assets:

    a. 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654, and

    b. $19,000.00 of defendant $22,612.00 in U.S. currency

3. All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 32 and 37);

4. The United States has reached a settlement resolving all issues in dispute as to defendant 2012 Jeep Wrangler, defendant $22,612.00 in U.S. currency, and defendant 2 Rolex watches seized from 1983 E. 144th Way. The settlement provides that the United States shall return to claimants, $3,612.00 of defendant $22,612.00 in U.S. currency and defendant 2 Rolex watches seized from 1983 E. 144th Way, and claimants agreed to forfeit defendant 2012 Jeep Wrangler and $19,000.00 of defendant $22,612.00 in U.S. currency; and

5. No other claims have been filed as to defendant 2012 Jeep Wrangler, defendant $22,612.00 in U.S. currency, and defendant 2 Rolex watches seized from 1983 E. 144th Way.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

1. THAT forfeiture, including all right, title and interest is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, of the following defendant assets:

       a. 2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654, and

       b. $19,000.00 of $22,612.00 in U.S. currency

2. THAT the United States shall have full and legal title as to the certain defendant assets, and may dispose of said assets in accordance with law;

3. THAT the Clerk of Court is directed to enter Judgment of the forfeited property, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

4. THAT this Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the certain defendant assets pursuant to 28 U.S.C. § 2465.

SO ORDERED this  8th  day of  October , 2020.

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge