IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. **2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654**,
4. **$22,612.00 IN UNITED STATES CURRENCY**,
5. **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO**,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants.
_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 54(b) and the *Final Order of Forfeiture* entered by the Honorable Judge Kristen L. Mix, the following JUDGMENT is hereby entered:

    1.    Forfeiture is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, including all right, title, and interest, for the following assets:

       a. $2012 Jeep Wrangler Rubicon, VIN: 1C4BJWFG9CL142654, and

       b. $19,000.00 of $22,612.00 in U.S. currency

2. The United States shall have full and legal title as to the above-mentioned assets and may dispose of the assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. The *Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to the defendant asset sunder 28 U.S.C. § 2465; and

4. Per the parties' Settlement Agreement, the parties have waived any entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  8th  day of    October   , 2020.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By:  N. Marble
     Deputy Clerk

2