IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. **$2,112.00 IN UNITED STATES CURRENCY**,
13. **1991 ACURA NSX, VIN: JH4NA115XMT002876**,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.
_____

**UNITED STATES' UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE FOR CERTAIN DEFENDANT ASSETS**
_____

       COME NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and pursuant to 21 U.S.C. § 881, moves for a Final Order of Forfeiture forfeiting certain defendant assets in favor of the United States.

       In support of this Motion, the United States states:

1

1.       On June 21, 2018, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed an *Amended Verified Complaint for Forfeiture In Rem* ("Amended Verified Complaint") seeking forfeiture of the defendant assets, including defendant $2,112.00 in United States currency ("defendant $2,112.00 in U.S. currency") and defendant 1991 Acura NSX, VIN: JH4NA115XMT002876 ("defendant 1991 Acura NSX").  All of the sworn statements set forth in the Amended Verified Complaint establish by a preponderance of the evidence sufficient probable cause for a judgment of forfeiture.  (Doc. 9).

2.       On June 4, 2020, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States sent a *Notice of Amended Complaint for Forfeiture* to all known interested parties.  (Doc. 32).

3.       On June 22, 2020, the United States and Vanessa Nguyen entered into a Settlement Agreement resolving claimants' interest and all issues in dispute as to defendant $2,112.00 in U.S. currency, and defendant 1991 Acura NSX.

4.       Per the Settlement Agreement, claimant Vanessa Nguyen agreed to the forfeiture of defendant $2,112.00 in United States currency, and the United States agreed to return to claimant Vanessa Nguyen, 50% of the net proceeds from the sale of defendant 1991 Acura NSX.  The sale of which would take place after a forfeiture order is entered.

5.       Furthermore, claimant Vanessa Nguyen agreed to the entry of a final order of forfeiture, forfeiting all right, title and interest in defendant $2,112.00 in United

States currency, and 50% of the net proceeds of the sale of defendant 1991 Acura NSX.

6.   On August 26, 2020, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 6, 2020.  (Doc. 37).

7.   To date, no other claim, answer, or other responsive pleading has been filed as to defendant $2,112.00 in U.S. currency, and defendant 1991 Acura NSX, and the time for which to do so has expired.

8.   Upon entry of the Final Order of Forfeiture, all issues regarding defendant $2,112.00 in U.S. currency, and 1991 Acura NSX will be resolved.

WHEREFORE, the United States moves this Court for entry of a Final Order of Forfeiture, in accordance with the terms and provisions of the Settlement Agreement between the parties, for the following defendant assets:

   a.   $2,112.00 in United States currency

   b.   1991 Acura NSX, VIN: JH4NA115XMT002876

The United States further respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Final Judgment as to the above-mentioned assets for the reasons set forth above.

DATED this 16th day of November, 2020.

                              Respectfully submitted,

                              JASON R. DUNN
                              United States Attorney

By:  *s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

*s/ Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office

4