IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. **$2,112.00 IN UNITED STATES CURRENCY**,
13. **1991 ACURA NSX, VIN: JH4NA115XMT002876**,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.

_____

**FINAL ORDER OF FORFEITURE FOR CERTAIN DEFENDANT ASSETS**
_____

THIS MATTER comes before the Court on the *United States' Unopposed Motion for Final Order of Forfeiture for Certain Defendant Assets*, the Court having reviewed said Motion FINDS that:

1. The United States commenced this civil forfeiture action pursuant to 21 U.S.C. § 881.  (Doc. 9);

1

2. The facts and verifications as set forth in the *Amended Verified Complaint for Forfeiture in Rem* provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the following defendant assets:

    a. $2,112.00 in United States currency, and

    b. 1991 Acura NSX, VIN: JH4NA115XMT002876

3. All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  (Docs. 32 and 37);

4. The United States has reached a settlement resolving all issues in dispute as to defendant $2,112.00 in U.S. currency, and defendant 1991 Acura NSX.  The settlement provides Vanessa Nguyen agrees to the forfeiture of defendant $2,112.00 in United States currency, and 50% of the net proceeds from the sale of defendant 1991 Acura NSX ; and

5. No other claims have been filed as to defendant $2,112.00 in U.S. currency, and defendant 1991 Acura NSX.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

6. THAT the *United States' Unopposed Motion for Final Order of Forfeiture for Certain Defendant Assets* is GRANTED;

7. THAT forfeiture, including all right, title and interest is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, of the following defendant assets:

    a. $2,112.00 in United States currency, and

     b. 1991 Acura NSX, VIN: JH4NA115XMT002876

8. THAT the United States shall have full and legal title as to the certain defendant assets, and may dispose of said assets in accordance with law and in accordance with the parties' Settlement Agreement;

9. THAT the United States shall remit 50% of net proceeds from the sale of defendant 1991 Acura NSX, VIN: JH4NA115XMT002876 to Vanessa Nguyen as part of the settlement agreement;

10. THAT the Clerk of Court is directed to enter Judgment of the forfeited property, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

11. THAT this Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the certain defendant assets pursuant to 28 U.S.C. § 2465.

SO ORDERED this 16th day of November, 2020.

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge