IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1344-KLM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. **$99,431.00 IN UNITED STATES CURRENCY**,
2. **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO**,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. **5.72615664 BITCOINS**,
7. **3.19247061 BITCOIN CASH**,
8. 305.99986 LITECOINS,
9. **19.999685 ETHEREUM**,
10. **$78.93 IN UNITED STATES CURRENCY**,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

   Defendants.

---

### UNITED STATES' MOTION FOR CLERK'S ENTRY OF DEFAULT FOR CERTAIN DEFENDANT ASSETS

---

  COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed. R. Civ. P. 55(a), moves for an entry of default for the following defendant assets:

1

    a. $99,431.00 in United States currency

    b. 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street, Thornton, Colorado

    c. 5.72615664 Bitcoin

    d. 3.19247061 Bitcoin Cash

    e. 19.999685 Ethereum

    f. $78.93 in United States currency

In support of this Motion, the United States sets forth the following:

1. On July 21, 2018, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed an *Amended Verified Complaint for Forfeiture In Rem* seeking forfeiture of the defendant assets, including defendant $99,431.00 in United States currency, defendant 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street, Thornton, Colorado, defendant 5.72615664 Bitcoin, defendant 3.19247061 Bitcoin Cash, 19.999685 Ethereum, and defendant $78.93 in United States currency. All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture. (Doc. 9).

2. On June 4, 2020, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Amended Complaint for Forfeiture* and served direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail. (Doc. 32).

3. On August 13, 2020, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Second Notice of Amended Complaint for Forfeiture* and served direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail.  (Doc. 36).

4. On August 26, 2020, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 29, 2020.  (Doc. 37).

5. To date, no claim, answer, or other responsive pleading has been filed as to the certain defendant assets identified above, and the time for which to do so has expired.

WHEREFORE, the United States respectfully requests that the Clerk of the Court enter default for the following defendant assets:

  a. $99,431.00 in United States currency

  b. 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street, Thornton, Colorado

  c. 5.72615664 Bitcoin

  d. 3.19247061 Bitcoin Cash

  e. 19.999685 Ethereum

  f. $78.93 in United States currency

I, Assistant United States Attorney Tonya S. Andrews verify under penalty of

3

perjury that the foregoing is true and correct.

DATED this 23rd day of November, 2020.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:  s/ *Tonya S. Andrews*
       Tonya S. Andrews
       Assistant United States Attorney
       United States Attorney's Office
       1801 California St., Ste 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: tonya.andrews@usdoj.gov
       *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, and will mail the same via regular and certified mail as soon as practicable due to COVID-19 and as recorded in the file:

Son Thanh Nguyen
4221 E. 144th Avenue
Brighton, CO 80602-7860
**Cert No. 7014 1200 0001 1412 4323**

Lynn Fam
4221 E. 144th Avenue
Brighton, CO 80602-7860
**Cert No. 7014 1200 0001 1412 4330**

Kalvin Nguyen
13171 Pennsylvania Street
Thornton, CO 80241
**Cert No. 7014 1200 0001 1412 4347**

Emmalyn Nguyen
13171 Pennsylvania Street
Thornton, CO 80241
**Cert No. 7014 1200 0001 1412 4354**

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office