IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

Civil Action:18-cv-01344-RM-KLM
Date: November 23, 2020

FTR - Reporter Deck - Courtroom A401
Courtroom Deputy:  Laura Galera

_Parties:_

USA,

     Plaintiff,

 v.

$99,431  HELD  IN  UNITED  STATES
CURRENCY, ET AL.,

     Defendants.

_Counsel:_

Tonya Andrews

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**Court in session:   10:02 a.m.**

Court calls case.  Appearances of counsel.

Counsel address the Court regarding the status of the case and believes there will likely be a resolution.  The Court will therefore not set another Status Conference at this time.

HEARING CONCLUDED.
**Court in recess**:     **10:05 a.m.**
Total Time:   00:03

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.