IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **$99,431.00 IN UNITED STATES CURRENCY**,
2. **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO**,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. **5.72615664 BITCOINS**,
7. **3.19247061 BITCOIN CASH**,
8. 305.99986 LITECOINS,
9. **19.999685 ETHEREUM**,
10. **$78.93 IN UNITED STATES CURRENCY**,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants.

### ENTRY OF DEFAULT FOR CERTAIN DEFENDANT ASSETS

THIS MATTER is before the Clerk's Office on *United States' Motion for Clerk's Entry of Default for Certain Defendant Assets*. Upon examination of our records, we find that:

1. The United States filed its *Amended Verified Complaint for Forfeiture In Rem* on July 21, 2018, commencing this civil forfeiture action. (Doc. 9).

2. Service to all known interested parties was made, via regular mail and certified mail return receipt requested, as evidenced by the Plaintiff's Certificates of Service filed with the Court on June 4, 2020, and August 13, 2020.  (Docs. 32 and 36).

3. Service was made by publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning June 6, 2020, as evidenced by the United States' *Notice of Publication* filed on August 26, 2020.  (Doc. 37); and

4. To date, no claim, answer, or other responsive pleading has been filed as to the certain defendant assets listed below.

Therefore, DEFAULT as to the following defendant assets, is herewith entered:

   a. $99,431.00 in United States currency

   b. 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street, Thornton, Colorado

   c. 5.72615664 Bitcoin

   d. 3.19247061 Bitcoin Cash

   e. 19.999685 Ethereum

   f. $78.93 in United States currency

DATED at Denver, Colorado this ____ day of _____, 2020.

                    JEFFREY P. COLWELL
                    Clerk of the U.S. District Court

By: _____
Deputy Clerk