IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1344-RM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. **305.99986 LITECOINS**,
9. 19.999685 ETHEREUM,
10. $78.93 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280;

    Defendants.

_____

**MOTION TO DISMISS DEFENDANT 305.99986 LITECOINS**
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and pursuant to Federal Rule of Civil Procedure 41(a)(2) moves this Court to

order the dismissal of defendant 305.99986 Litecoins ("the Subject Asset") without prejudice from this forfeiture action. In support, the United States states:

1. On July 21, 2018, the United States filed its Amended Verified Complaint for Forfeiture *In Rem* seeking forfeiture of the defendant assets. All of the sworn statements set forth in the Amended Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture. (Doc. 9).

2. The United States has discovered that in its Amended Verified Complaint, the United States incorrectly described the amount of Litecoins seized by the Drug Enforcement Administration.

3. To date, no one has filed a claim as to defendant 305.99986 Litecoins.

4. On December 1, 2020, the United States filed a new civil forfeiture complaint against the correct amount of Litecoins seized by the Drug Enforcement Administration. (20-cv-3533, Doc. 1).

5. The dismissal of defendant 305.99986 Litecoins does not affect the other defendant assets in this case.

WHEREFORE, the United States moves this Court for an order dismissing without prejudice the Subject Asset from this action for the reasons set forth above, and for a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 2nd day of December 2020.

          Respectfully submitted,

          JASON R. DUNN
          United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office
