IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1344-RM-KLM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. **305.99986 LITECOINS**,
9. 19.999685 ETHEREUM,
10. $78.93 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280;

  Defendants.

_____

**ORDER DISMISSING DEFENDANT 305.99986 LITECOINS**
_____

  THIS MATTER comes before the Court on the United States' Motion to Dismiss Defendant 305.99986 Litecoins, pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court having reviewed said Motion FINDS:

1

2

THAT for good cause shown, the Motion to Dismiss is granted; and defendant 305.99986 Litecoins are dismissed without prejudice from this action.

SO ORDERED this _____ day of _____, 2020.

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge