IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1344-RM-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **$99,431.00 IN UNITED STATES CURRENCY**,
2. **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO**,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. **5.72615664 BITCOINS**,
7. **3.19247061 BITCOIN CASH**,
8. 305.99986 LITECOINS,
9. **19.999685 ETHEREUM**,
10. **$78.93 IN UNITED STATES CURRENCY**,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280;

       Defendants.
_____

**UNITED STATES' MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE FOR CERTAIN DEFENDANT ASSETS**
_____

       COMES NOW the United States of America (the "United States"), by United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed. R. Civ. P. 55(a) and 21 U.S.C. § 881 moves for default and final order of forfeiture in favor of the United States, for the following defendant assets:

1

    a. $99,431.00 in United States currency

    b. 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street, Thornton, Colorado

    c. 5.72615664 Bitcoin

    d. 3.19247061 Bitcoin Cash

    e. 19.999685 Ethereum

    f. $78.93 in United States currency

In support of this Motion, the United States sets forth the following:

1. On July 21, 2018, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset forfeiture Actions, the United States filed its *Amended Verified Complaint for Forfeiture In Rem* seeking forfeiture of the defendant assets. (Doc. 9). All of the sworn statements set forth in the Amended Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture.

2. On June 4, 2020, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Amended Complaint for Forfeiture* and served direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail. (Doc. 32).

3. On August 13, 2020, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Second Notice of Amended Complaint for Forfeiture* and served direct notice of this

action with a copy of the Verified Complaint to all known interested parties via regular and certified mail.   (Doc. 36).

4. On August 26, 2020, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning on May 29, 2020.   (Doc. 37).

5. After providing notice, no claim, answer, or other responsive pleading has been filed as to the certain defendant assets, and the time for which to do so, has expired.

6. On November 30, 2020, an *Entry of Default* was entered by the Clerk of the Court for the certain defendant assets identified above.   (Doc. 52).

7. Upon entry of the Final Order of Forfeiture, the United States requests that the Clerk of Court be directed to enter Judgment as to the certain defendant assets, in favor of the United States.

WHEREFORE, the United States prays for default and final order of forfeiture of the certain defendant assets in favor of the United States, for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and for the court to direct the Clerk of Court to enter Judgment as to certain defendant assets for the reasons set forth above.

DATED this 3rd day of December, 2020.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

4

## **CERTIFICATE OF MAILING**

I hereby certify that on this 3rd day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, and will mail the same via regular and certified mail as soon as practicable due to COVID-19 and as recorded in the file:

Son Thanh Nguyen
4221 E. 144th Avenue
Brighton, CO 80602-7860
**Cert No. 7019 2280 0000 9312 8112**

Lynn Fam
4221 E. 144th Avenue
Brighton, CO 80602-7860
**Cert No. 7019 2280 0000 9312 8129**

Kalvin Nguyen
13171 Pennsylvania Street
Thornton, CO 80241
**Cert No. 7019 2280 0000 9312 8136**

Emmalyn Nguyen
13171 Pennsylvania Street
Thornton, CO 80241
**Cert No. 7019 2280 0000 9312 8143**

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office