IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1344-RM-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **$99,431.00 IN UNITED STATES CURRENCY**,
2. **2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO**,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. **5.72615664 BITCOINS**,
7. **3.19247061 BITCOIN CASH**,
8. 305.99986 LITECOINS,
9. **19.999685 ETHEREUM**,
10. **$78.93 IN UNITED STATES CURRENCY**,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280;

        Defendants.

_____

## FINAL JUDGMENT
_____

        Pursuant to and in accordance with Fed. R. Civ. P. 55(a) and the *Default and Final Order of Forfeiture for Certain Defendant Assets* entered by the Honorable Judge Kristen L. Mix, the following JUDGMENT is hereby entered:

        1.    Forfeiture is hereby entered in favor of the United States, pursuant to 21

1

U.S.C. § 881, including all right, title, and interest, for the following defendant assets:

    a. 99,431.00 in United States currency

    b. 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street, Thornton, Colorado

    c. 5.72615664 Bitcoin

    d. 3.19247061 Bitcoin Cash

    e. 19.999685 Ethereum

    f. $78.93 in United States currency

2. The United States shall have full and legal title as to the certain defendant assets and may dispose of said assets in accordance with law; and

3. The *Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to defendant assets under 28 U.S.C. § 2465.

DATED at Denver, Colorado this ___ day of _____, 2020.

                                                        JEFFREY P. COLWELL
                                                        Clerk of the U.S. District Court

                                                        By: _____
                                                           Deputy Clerk