IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$99,431.00 IN UNITED STATE CURRENCY,
2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
$22,612.00 IN UNITED STATES CURRENCY,
$2,112.00 IN UNITED STATES CURRENCY,
1991 ACURA NSX, VIN: JH4NA115XMT002876,
$6,600.00 IN UNITED STATES CURRENCY,
2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,
2 GENTLEMEN'S ROLEX WATCHES, and
2 ASSORTED GENTLEMEN'S WATCHES,

     Defendants.

LISA PHAM, and
MARTIN DANG,

     Claimants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Dismiss Defendant**

**305.99986 Litecoins** [#53][1] (the "Motion"). This case has been referred to the undersigned

for all purposes pursuant to 28 U.S.C. § 636(c). *Order of Reference* [#41]. Pursuant to

_____

[1] "[#53]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Order.

-1-

Fed. R. Civ. P. 41(a)(2), Plaintiff voluntarily moves for dismissal without prejudice of Defendant 305.99986 Litecoins.

On July 21, 2018, Plaintiff filed its Amended Verified Complaint for Forfeiture In Rem [#9] seeking forfeiture of the Defendant assets. All of the sworn statements set forth in the Amended Verified Complaint establish by a preponderance of the evidence sufficient probable cause for a judgment of forfeiture.

Since that time, Plaintiff has discovered that in its Amended Verified Complaint [#9], Plaintiff incorrectly described the amount of Litecoins seized by the Drug Enforcement Administration. To date, no one has filed a claim as to Defendant 305.99986 Litecoins. On December 1, 2020, the United States filed a new civil forfeiture complaint against the correct amount of Litecoins seized by the Drug Enforcement Administration. *See* Civil Action No. 20-cv-03533-KLM. The dismissal of Defendant 305.99986 Litecoins does not affect the other Defendant assets in this case. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendant 305.99986 Litecoins is **DISMISSED without prejudice**.

IT IS FURTHER **ORDERED** that a Certificate of Reasonable Cause is entered pursuant to 28 U.S.C. § 2465(a)(2).[2]

---

[2] "(a) Upon the entry of a judgment for the claimant in any proceeding to condemn or forfeit property seized or arrested under any provision of Federal law– . . . (2) if it appears that there was reasonable cause for the seizure or arrest, the court shall cause a proper certificate thereof to be entered and, in such case, neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or judgment on account of such suit or prosecution, nor shall the claimant be entitled to costs . . . ." 28 U.S.C. § 2465(a)(2).

Dated:  December 9, 2020

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge