# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-01344-KLM

United States of America,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
**et al.,**

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Thanh V. Nguyen

DATED at Denver, Colorado this 29th day of January, 2021.

    Respectfully submitted,

    *s/ Tran Le*
    **Tran Le**
    Le Law Firm, LLC
    P.O. Box 26682
    Tampa, FL 33623
    (720) 285-2999
    Trisha@lelaw.us

*Attorney for Defendant Thanh V. Nguyen*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

AUSA Tonya Andrews
tonya.andrews@usdoj.gov

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants via first-class mail:

Vuong Thanh Ngo
12704 Leyden Street, Unit C
Thornton, CO 80602

Nhat Anh Chu Ngo
4911 Montvale Drive
Highlands Ranch, CO 80130

Nhat Anh Chu Ngo
539 Gray Court
Lakewood, CO 80226

Duc Anh Ngo
539 Gray Court
Lakewood, CO 80226

*s/ Tran Le*
**Tran Le**
Le Law Firm, LLC
P.O. Box 26682
Tampa, FL 33623
(720) 285-2999
Trisha@lelaw.us
*Attorney for Thanh V. Nguyen*

2