IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 18 cv-01344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
**et al.,**

        Defendants.

---

**VERIFIED CLAIM OF THANH NGUYEN FOR DEFENDANT, "2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM
2346 S. GENOA STREET, AURORA, COLORADO"
[DESIGNATED AS DEFENDANT #11 IN THE AMENDED VERIFIED COMPLAINT]**

---

COMES NOW, THANH NGUYEN, by and through the undersigned attorney and files his verified claim to the defendant, "2 Assorted Gentlemen's Watches Seized From 2346 S. Genoa Street, Aurora, Colorado" and in support thereof states and affirms under penalty of perjury as follows:

1. Thanh Nguyen ("claimant") is the legal owner of the Defendant, "2 Assorted Gentlemen's Watches Seized From 2346 S Genoa Street, Aurora, Colorado" (hereinafter sometimes referred to collectively as the "Property").

2. Claimant purchased the "Property" lawfully from a retail store several years ago with assets or funds acquired lawfully.

3. Claimant, Thanh Nguyen, asserts both a lawful ownership and possessory interest in the "Property".

4. The "Property" was under and in the lawful possession of Claimant at the time of its seizure by law enforcement, which seizure was unlawful and contrary to the rights and interests of Claimant.

## **VERIFICATION**

Pursuant to 28 U.S.C. §1746, I, Thanh Nguyen, attest and declare under penalty of perjury that my claim is not frivolous and the statements and contents of the above Claim are true and correct to the best of my knowledge and belief.

Dated January 29, 2021.                    Respectfully submitted,

/s/ Tran Le
Tran Le, (49623)
Attorney for Claimant, Thanh V. Nguyen
P.O. Box 26682
Tampa, FL 33623
Phone: 720-285-2999
Fax: 720-598-9029
Email: trisha@lelaw.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of January, 2021, I filed the above Verified Claim with the Clerk of the U.S. District Court using the Court's ECF electronic filing system which sends notice to AUSA Tonya Andrews via email to tonya.andrews@usdoj.gov and certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants via first-class mail:

Vuong Thanh Ngo
12704 Leyden Street, Unit C
Thornton, CO 80602

Nhat Anh Chu Ngo
4911 Montvale Drive
Highlands Ranch, CO 80130

Nhat Anh Chu Ngo
539 Gray Court
Lakewood, CO 80226

Duc Anh Ngo
539 Gray Court
Lakewood, CO 80226

I FURTHER CERTIY that the original of the above Claim has been property executed by Claimant, Thanh Nguyen and the ink signed version of the document is and will be maintained in my office for inspection.

/s/ Tran Le
Attorney for Claimant, Thanh V. Nguyen

3