IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 18 cv-01344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
**et al.,**

        Defendants.

**CLAIMANT, THANH V. NGUYEN'S ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED VERIFIED COMPLAINT FOR FORFEITURE IN REM ON BEHALF OF DEFENDANT, "2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO"**
**[DESIGNATED AS DEFENDANT #11 IN THE AMENDED VERIFIED COMPLAINT]**

COMES NOW, Claimant, THANH V. NGUYEN, by and through the undersigned attorney and files his Answer and Affirmative Defenses to the Amended Verified Complaint for Forfeiture in Rem (hereinafter referred to as the "Complaint") as to the defendant, "2 Assorted Gentlemen's Watches Seized From 2346 S. Genoa Street, Aurora, Colorado" and states as follows:

## ANSWER

1. Claimant admits the allegations in paragraph 3k of the Complaint.

2. Claimant denies the allegations in paragraphs 1-2, 4-10, 32-35, and 64 of the Complaint.

3. Claimant is without knowledge as to the allegations in paragraphs 3a-j, 3l-o, 11-31, 36-42, 44, 46, 48, 50, 52, 54, 56, 58, 60, 62, 66, 68, 70, 72.

4. As to the allegations in paragraphs 43, 45, 47, 49, 51, 53, 55, 57, 59, 61, 63, 65, 67, 69, and 71 Claimant asserts the same responses respectively to the paragraphs repeated and incorporated by reference.

## AFFIRMATIVE DEFENSES

5. As and for a First Affirmative Defense, Claimant alleges that various of his constitutional rights pursuant to the Fourth, Fifth, and Sixth Amendments to the United States Constitution were violated by the Plaintiff and its agents in this matter and that any evidence seized or garnered thereby should be suppressed prior to the trial of this matter.

6. As and for a Second Affirmative Defense, Claimant alleges that his due process rights under the United States and Colorado State Constitutions have been violated by Plaintiff and its agents.

7. As and for a Third Affirmative Defense, Claimant alleges that the evidence obtained by Plaintiff has been obtained illegally and in violation of Claimant's civil and constitutional rights and all such evidence should be suppressed by this court prior to the trial of this cause.

8. As and for a Fourth Affirmative Defense, Claimant raises the defense of being an "innocent owner."

9. As and for a Fifth Affirmative Defense, Claimant alleges that the arrest and forfeiture of the Defendant to Plaintiff would violate the Eighth Amendment to the United States Constitution.

WHEREFORE, Claimant having answered the Complaint and the Complaint not being supported by lawfully obtained evidence, Claimant is entitled to judgment in this case denying forfeiture of Defendant's property to Plaintiff.

Dated: This 16th day of February, 2021.

Respectfully submitted,

/s/ Tran Le
Tran Le, (49623)
P.O. Box 26682
Tampa, FL 33623
Phone: 720-285-2999
Fax: 720-598-9029
Email: trisha@lelaw.us

Attorney for Claimant, Nguyen

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of February 2021, I filed the above Answer and Affirmative Defenses with the Clerk of the U.S. District Court using the Court's ECF electronic filing system which sends notice to AUSA Tonya Andrews via email to tonya.andrews@usdoj.gov.

/s/ Tran Le
Tran Le

*Attorney for Claimant, Nguyen*