IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. **2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO**,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

       Defendants.

_____

**UNITED STATES' UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE FOR A CERTAIN DEFENDANT ASSET**
_____

COME NOW the United States of America (the "United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and pursuant to 21 U.S.C. § 881, moves for a Final Order of Forfeiture, forfeiting a certain defendant asset in favor of the United States. In support of this Motion, the United States states:

1

1.      On June 21, 2018, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed an *Amended Verified Complaint for Forfeiture In Rem* ("Amended Verified Complaint") seeking forfeiture of the defendant assets, including defendant 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street, Aurora, Colorado, which is more fully described as: one "Gentlemen's Rolex Datejust II" watch and one "Gentlemen's Breitling Super Avenger Aeromarine" sport watch.  All of the sworn statements set forth in the Amended Verified Complaint establish by a preponderance of the evidence sufficient probable cause for a judgment of forfeiture.  (Doc. 9).

2.      On June 4, 2020, August 13, 2020, and December 17, 2020, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States sent a *Notice of Amended Complaint for Forfeiture* to all known interested parties.  (Docs. 32, 36, and 58).

3.      On August 26, 2020, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 6, 2020.  (Doc. 37).

4.      On January 29, 2021, claimant Thanh V. Nguyen filed a verified claim, asserting an interest in defendant 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street, Aurora, Colorado.  (Doc. 61).

5.      On February 24, 2021, the United States and claimant Thanh V. Nguyen entered into a Settlement Agreement resolving claimants' interest and all issues in

dispute as to defendant 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street, Aurora, Colorado.

6. Per the Settlement Agreement, the United States agreed to return to claimant, the one "Gentlemen's Rolex Datejust II" watch. Claimant Thanh V. Nguyen agreed to withdraw their claim to the one "Gentlemen's Breitling Super Avenger Aeromarine" sport watch.

7. Furthermore, claimant Thanh V. Nguyen agreed to the entry of a final order of forfeiture, forfeiting all right, title and interest in the one "Gentlemen's Breitling Super Avenger Aeromarine" sport watch.

8. To date, no other claim, answer, or other responsive pleading has been filed as to defendant 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street, Aurora, Colorado, and the time for which to do so has expired.

9. Upon entry of the Final Order of Forfeiture, all issues regarding defendant 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street, Aurora, Colorado will be resolved.

WHEREFORE, the United States moves this Court for entry of a Final Order of Forfeiture, in accordance with the terms and provisions of the Settlement Agreement between the parties, for the following defendant asset:

    a. "Gentlemen's Breitling Super Avenger Aeromarine" sport watch

The United States further respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Final Judgment as to the above-mentioned asset for the reasons set forth above.

DATED this 1st day of March 2021.

                                          Respectfully submitted,

                                          MATTHEW T. KIRSCH
                                          Acting United States Attorney

By:  *s/ Tonya S. Andrews*
       Tonya S. Andrews
       Assistant United States Attorney
       United States Attorney's Office
       1801 California St., Ste 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: tonya.andrews@usdoj.gov
       *Attorney for the United States*

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of March 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

                                          s/ *Jasmine Zachariah*
                                          FSA Data Analyst
                                          U.S. Attorney's Office