IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. **2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO**,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants.
_____

# FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 54(b) and the *Final Order of Forfeiture* entered by the Honorable Judge Kristen L. Mix, the following JUDGMENT is hereby entered:

    1.    Forfeiture is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, including all right, title, and interest, for the following assets:

a. "Gentlemen's Breitling Super Avenger Aeromarine" sport watch

2. The United States shall have full and legal title as to the above-mentioned asset and may dispose of the asset in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. The *Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to the defendant asset sunder 28 U.S.C. § 2465; and

4. Per the parties' Settlement Agreement, the parties have waived any entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this ___ day of _____, 2021.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: _____
Deputy Clerk