IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. **2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO**,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. $6,600.00 IN UNITED STATES CURRENCY,
15. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 54(b) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Default and Final Order of Forfeiture #[64] entered by Magistrate Judge Kristen L. Mix on March 4, 2021, which order is incorporated by reference, it is

ORDERED that the United States' Unopposed Motion for Final Order of Forfeiture for a Certain Defendant Asset #[63] is GRANTED. It is

FURTHER ORDERED that forfeiture, including all right, title and interest is hereby entered in favor of the Unites States, pursuant to 21 U.S.C. § 881, of the following defendant assets:

a. "Gentlemen's Breitling Super Avenger Aeromarine" sport watch.

It is

FURTHER ORDERED that the United States shall have full and legal title as to the certain defendant asset, and may dispose of said asset in accordance with law. It is

FURTHER ORDERED that the Clerk of Court is directed to enter Judgment of the forfeited property, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that the Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the certain defendant assets pursuant to 28 U.S.C. § 2465.

DATED at Denver, Colorado March 5, 2021.

FOR THE COURT:
Jeffrey P. Colwell, Clerk
By s/ L. Galera
   Deputy Clerk