IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $99,431.00 IN UNITED STATES CURRENCY,
2.     2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3.     2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4.     $22,612.00 IN UNITED STATES CURRENCY,
5.     2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6.     5.72615664 BITCOINS,
7.     3.19247061 BITCOIN CASH,
8.     305.99986 LITECOINS,
9.     19.999685 ETHEREUM,
10.     $78.93 IN UNITED STATES CURRENCY,
11.     2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12.     $2,112.00 IN UNITED STATES CURRENCY,
13.     1991 ACURA NSX, VIN: JH4NA115XMT002876,
14.     $6,600.00 IN UNITED STATES CURRENCY,
15.     2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,

        Defendants.

**UNITED STATES' STATUS REPORT – MARCH 16, 2021**

COMES NOW the United States of America (the "United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, pursuant to Magistrate Judge Mix's March 4, 2021 Minute Order (Doc. 65), hereby files a status report, stating the following:

1.      As of this filing, all defendant assets in this case have been resolved, except for Defendant #14, $6,600.00 in United States currency, and Defendant #15, 2008 Ford F-350 XLT, VIN: 1FTWF31R08EE45280.

2.      On June 1, 2018, the United States filed a *Verified Complaint for Forfeiture In Rem* against the defendant assets.  (Doc. 1).

3.      On June 4, 2020, August 13, 2020, and December 17, 2020, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a First, Second and Third *Notice of Amended Complaint for Forfeiture* and served direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail.  (Docs. 32, 36, and 58).

4.      On August 26, 2020, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 29, 2020.  (Doc. 37).

**Defendant #12 and #13**

5.      On June 11, 2020, claimant Vanessa Nguyen asserted her interest in Defendant #12, $2,112.00 in United States currency, and Defendant #13, 1991 Acura NSX, VIN: JH4NA115XMT002876.

6.      On June 22, 2020, the United States and claimant Vanessa Nguyen entered into a Settlement Agreement, whereby claimant Vanessa Nguyen agreed to the

forfeiture of defendant $2,112.00 in United States currency, and defendant 1991 Acura NSX, and the United States agreed to return to claimant Vanessa Nguyen, 50% of the net proceeds from the sale of defendant 1991 Acura NSX.

7. On November 16, 2020, a Final Order of Forfeiture entered, forfeiting to the United States, defendant $2,112.00 in United States currency, and defendant 1991 Acura NSX.  (Doc. 47).

**Defendant #3, #4 and #5**

8. On July 16, 2020, claimants Martin Dang and Lisa Pham filed a claim asserting their interest in Defendant #3, 2012 Jeep Wrangler, Defendant #4, $22,612.00 in United States currency, and Defendant #5, 2 Gentlemen's Rolex watches seized from 1983 E. 144th Way, Thornton, Colorado.  (Doc. 34).

9. On August 5, 2020, the United States and claimants Martin Dang and Lisa Pham entered into a Settlement Agreement, whereby the United States agreed to return to claimants, $3,612.00 of defendant $22,612.00 in U. S. currency, and defendant 2 Gentlemen's Rolex watches seized from 1983 E. 144th Way, Thornton, Colorado, and claimants Martin Dang and Lisa Pham agreed to the forfeiture of defendant 2012 Jeep Wrangler and $19,000.00 of defendant $22,612.00 in United States currency.

10. On October 8, 2020, a Final Order of Forfeiture entered, forfeiting to the United States, defendant 2012 Jeep Wrangler, and $19,000.00 of defendant $22,612.00 in United States currency.  (Doc. 43).

**Defendant #1, #2, #6, #7, #9 and #10**

11. After providing notice, no claim, answer, or other responsive pleading was filed as to Defendant #1, $99,431.00 in United States currency, Defendant #2, 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street, Thornton, Colorado, Defendant #6, 5.72615664 Bitcoin, Defendant #7, 3.19247061 Bitcoin Cash, Defendant #9, 19.999685 Ethereum, and Defendant #10, $78.93 in United States currency.

12. On November 30, 2020, the Clerk's Entry of Default entered. (Doc. 52). On December 9, 2020, a Final Order of Forfeiture entered, forfeiting to the United States, defendant $99,431.00 in United States currency, defendant 2 Gentlemen's Rolex Watches seized from 13171 Pennsylvania Street, Thornton, Colorado, defendant 5.72615664 Bitcoin, defendant 3.19247061 Bitcoin Cash, defendant 19.999685 Ethereum, and defendant $78.93 in United States currency. (Doc. 56).

**Defendant #8**

13. On December 2, 2020, the United States filed a motion to dismiss without prejudice, Defendant #8, 305.9986 Litecoins. (Doc. 53). On December 9, 2020, the motion was granted. (Doc. 55).

**Defendant #11**

14. On January 29, 2021, claimant Thanh V. Nguyen filed a claim asserting an interest in Defendant #11, 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street, Aurora, Colorado. (Doc. 61).

15. On February 24, 2021, the United States and claimant Thanh V. Nguyen entered into a Settlement Agreement as to defendant 2 Assorted Gentlemen's Watches

seized from 2346 S. Genoa Street, Aurora, Colorado.  Per the Settlement Agreement, the United States agreed to return to claimant a "Gentlemen's Rolex Datejust II" watch, and claimant Thanh V. Nguyen agreed to the forfeiture of a "Gentlemen's Breitling Super Avenger Aeromarine" sport watch.

16. On March 4, 2021, a Final Order of Forfeiture entered, forfeiting to the United States, a "Gentlemen's Breitling Super Avenger Aeromarine" sport watch, from defendant 2 Assorted Gentlemen's Watches seized from 2346 S. Genoa Street, Aurora, Colorado.  (Doc. 64).

**Defendant #14 and #15**

17. After providing notice, no claim, answer, or other responsive pleading was filed as to Defendant #14, $6,600.00 in United States currency, and Defendant #15, 2008 Ford F-350, VIN: 1FTWF31R08EE45280.

18. On March 11, 2021, the United States filed a motion for Clerk's Entry of Default for defendant $6,600.00 in United States currency, and defendant 2008 Ford F-350.  (Doc. 67).

19. Upon the Motion for Clerk's Entry of Default being granted, the United States will then move for a Final Order of Forfeiture for the two remaining defendant assets.

DATED this 16th day of March 2021.

          Respectfully submitted,

          MATTHEW T. KIRSCH
          Acting United States Attorney

By: *s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
Phone: 303-454-0100
Email: tonya.andrews@usdoj.gov
*Attorney for the United States*

6