IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1344-RM-KLM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH,
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.93 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. **$6,600.00 IN UNITED STATES CURRENCY**,
15. **2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280**,

       Defendants.
_____

**DEFAULT AND FINAL ORDER OF FORFEITURE
FOR CERTAIN DEFENANT ASSETS**
_____

THIS MATTER comes before the Court on the *United States' Motion for Default and Final Order of Forfeiture for Certain Defendant Assets*, the Court having reviewed said Motion FINDS that:

1

1. The United States commenced this civil forfeiture action, pursuant to 21 U.S.C. § 881. (Doc. 9);

2. The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the following defendant assets:

 a. $6,600.00 in United States currency

 b. 2008 Ford F-350 XLT, VIN: 1FTWF31R08EE45280

3. All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 32, 36, 37, and 58);

4. No claim, answer, or other responsive pleading has been filed as to the certain defendant assets, and the time for which to do so, has expired;

IT IS THEREFORE ORDERED that the *United States' Motion for Default and Final Order of Forfeiture for Certain Defendant Assets* is GRANTED:

5. The United States shall have full and legal title to the following defendant assets, and may dispose of the assets in accordance with law:

 a. $6,600.00 in United States currency

 b. 2008 Ford F-350 XLT, VIN: 1FTWF31R08EE45280

6. The Clerk of the Court is directed to enter Judgment; and

7. A Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant assets, pursuant to 28 U.S.C. § 2465.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge