IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,431.00 IN UNITED STATE CURRENCY,
2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
$22,612.00 IN UNITED STATES CURRENCY,
$2,112.00 IN UNITED STATES CURRENCY,
1991 ACURA NSX, VIN: JH4NA115XMT002876,
$6,600.00 IN UNITED STATES CURRENCY,
2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,
2 GENTLEMEN'S ROLEX WATCHES, and
2 ASSORTED GENTLEMEN'S WATCHES,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Default and Final Order of Forfeiture for Certain Defendant Assets** [#70] (the "Motion"). The United States commenced this civil forfeiture action, pursuant to 21 U.S.C. § 881. *See* [#9]. The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the following defendant assets:

    a. $6,600.00 in United States currency, and

    b. 2008 Ford F-350 XLT, VIN: 1FTWF31R08EE45280.

All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  *See* [#32, #36, #37, #58].  No claim answer, or other responsive pleading has been filed as to the certain defendant assets, and the time for which to do so, has expired.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#70] is **GRANTED**.  The United States shall have full and legal title to the following defendant assets, and may dispose of the assets in accordance with law:

a. $6,600.00 in United States currency, and

b. 2008 Ford F-350 XLT, VIN: 1FTWF31R08EE45280.

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to enter Judgment as to these two defendant assets.

IT IS FURTHER **ORDERED** that a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to the defendant assets, pursuant to 28 U.S.C. § 2465.

IT IS FURTHER **ORDERED** that, because all defendant assets in this case have now been resolved, the Clerk of Court is directed to **CLOSE** this case.  *See Status Report* [#68].

Dated:  April 9, 2021

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge