IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01344-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $99,431.00 IN UNITED STATES CURRENCY,
2. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 13171 PENNSYLVANIA STREET, THORNTON, COLORADO,
3. 2012 JEEP WRANGLER RUBICON, VIN: 1C4BJWFG9CL142654,
4. $22,612.00 IN UNITED STATES CURRENCY,
5. 2 GENTLEMEN'S ROLEX WATCHES SEIZED FROM 1983 E. 144TH WAY, THORNTON, COLORADO,
6. 5.72615664 BITCOINS,
7. 3.19247061 BITCOIN CASH
8. 305.99986 LITECOINS,
9. 19.999685 ETHEREUM,
10. $78.94 IN UNITED STATES CURRENCY,
11. 2 ASSORTED GENTLEMEN'S WATCHES SEIZED FROM 2346 S. GENOA STREET, AURORA, COLORADO,
12. $2,112.00 IN UNITED STATES CURRENCY,
13. 1991 ACURA NSX, VIN: JH4NA115XMT002876,
14. **$6,600.00 IN UNITED STATES CURRENCY,**
15. **2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280,**

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 54(b) and the orders entered in this case, FINAL JUDGMENT is entered.

    Pursuant to the Order #[71] entered by Magistrate Judge Kristen L. Mix on April 9, 2021, which order is incorporated by reference, it is

ORDERED that the United States' Motion for Default and Final Order of Forfeiture for Certain Defendant Assets #[70] is GRANTED. It is

FURTHER ORDERED that the United States shall have full and legal title to the following defendant assets, and may dispose of the assets in accordance with law:

    a. $6,600.00 IN UNITED STATES CURRENCY and

    b. 2008 FORD F-350 XLT, VIN: 1FTWF31R08EE45280.  It is

FURTHER ORDERED that the Clerk of Court is directed to enter Judgment as to these two defendant assets. It is

FURTHER ORDERED that a Certificate of Reasonable Cause, which Order #[70] constitutes, is GRANTED as to the defendant assets, pursuant to U.S.C. § 2465. It is

FURTHER ORDERED that, because all defendant assets in this case have now been resolved, the Clerk of Court is directed to **CLOSE** this case.

DATED at Denver, Colorado April 9, 2021.

FOR THE COURT:  
Jeffrey P. Colwell, Clerk  
By s/ L. Galera  
    Deputy Clerk